

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00394-CV

IN RE STEPHAN HWANG                                  RELATOR

----------

ORIGINAL PROCEEDING
TRIAL COURT NO. 15-02287-158

----------

## MEMORANDUM OPINION[1]

----------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied. In addition, we vacate our October 21, 2016 order that stayed the contempt hearing in cause number 15-02287-158 pending in the 158th District Court of Denton County, Texas.

PER CURIAM

PANEL: GABRIEL, MEIER and SUDDERTH, JJ.

SUDDERTH, J., filed a dissenting opinion

DELIVERED: November 22, 2016

---

[1]See Tex. R. App. P. 47.4.